Ira Bodenstein
Shaw Gussis
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: J&L DAIRY, INC. | § | Case No. 10-46438 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 18, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $              21,572.89

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 26.40 |
| Bank service fees | 758.37 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 20,788.12 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a current receipt and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/09/2011 and the deadline for filing governmental claims was 04/16/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,907.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,907.29, for a total compensation of $2,907.29.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2013 _____    By:/s/Ira Bodenstein _____
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# EXHIBIT A

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46438
**Case Name:** J&L DAIRY, INC.

**Period Ending:** 02/12/13

**Trustee:** (330129)    Ira Bodenstein
**Filed (f) or Converted (c):** 10/18/10 (f)
**§341(a) Meeting Date:** 12/03/10
**Claims Bar Date:** 03/09/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account with Archer Bank, account# 1200<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,432.72 | 3,432.72 | | 163.00 | FA |
| 2 | accounts receivable<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 123,757.71 | 123,757.71 | | 5,162.94 | FA |
| 3 | possible set off and/or counter claim rights ver<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Toyota<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | four International trucks (some damaged engines)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 35,000.00 | 35,000.00 | | 7,500.00 | FA |
| 6 | 2002 Chevy cargo van (estimated value)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 3,000.00 | | 500.00 | FA |
| 7 | desks, filing cabinets<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | copy and fax combo machine, computer, telephones<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 9 | pre-petition account receivable | 0.00 | 0.00 | | 8,245.44 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.51 | Unknown |
| 10 | **Assets   Totals (Excluding unknown values)** | **$165,790.43** | **$165,790.43** | | **$21,572.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46438

**Case Name:** J&L DAIRY, INC.

**Period Ending:** 02/12/13

**Trustee:** (330129)    Ira Bodenstein

**Filed (f) or Converted (c):** 10/18/10 (f)

**§341(a) Meeting Date:** 12/03/10

**Claims Bar Date:** 03/09/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012            **Current Projected Date Of Final Report (TFR):**    June 30, 2013

# EXHIBIT B

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-46438 |
| Case Name: | J&L DAIRY, INC. |
| Taxpayer ID #: | **-***6546 |
| Period Ending: | 02/12/13 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****502266 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,815.98 | | 20,815.98 |
| 12/26/12 | 11003 | Internal Revenue Service | Late Filing Penalty 2011 return<br>Stopped on 01/07/13 | 2810-000 | | 2,340.00 | 18,475.98 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 27.86 | 18,448.12 |
| 01/07/13 | 11003 | Internal Revenue Service | Late Filing Penalty 2011 return<br>Stopped: check issued on 12/26/12 | 2810-000 | | -2,340.00 | 20,788.12 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **20,815.98** | **27.86** | **$20,788.12** |
| Less: Bank Transfers | 20,815.98 | 0.00 |
| **Subtotal** | **0.00** | **27.86** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$27.86** |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 10-46438 | | | Trustee: | Ira Bodenstein (330129) | |
| Case Name: | J&L DAIRY, INC. | | | Bank Name: | The Bank of New York Mellon | |
| | | | | Account: | 9200-******83-65 - Checking Account | |
| Taxpayer ID #: | **-***6546 | | | Blanket Bond: | $5,000,000.00  (per case limit) | |
| Period Ending: | 02/12/13 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/10 | {1} | Ira Bodenstein, Trustee for J&L Dairy, Inc. | Closed Bank Account | 1129-000 | 163.00 | | 163.00 |
| 02/16/11 | {6} | James DeFilippis | 2002 Chevy Cargo Van | 1129-000 | 500.00 | | 663.00 |
| 02/16/11 | {5} | RP Transport Services Inc | All used refrigerated truck and trailers and 1 Ford Bronco | 1129-000 | 7,500.00 | | 8,163.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 8,163.01 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.04 | | 8,163.05 |
| 02/28/11 | Int | Bank of New York Mellon | Cancel Interest..credited to wrong account | 1270-000 | -0.04 | | 8,163.01 |
| 03/29/11 | {2} | Battaglia Distributing Corp, Inc. | Acct #531; Payment #1; pre-petition account receivable | 1121-000 | 4,552.86 | | 12,715.87 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.06 | | 12,715.93 |
| 04/11/11 | {2} | Kiddy Kulture Child Care | Acct #497; Payment #1; pre-petition account receivable | 1121-000 | 610.08 | | 13,326.01 |
| 04/21/11 | 1001 | International Sureties, LTD | one-half of bond premium | 2300-000 | | 10.00 | 13,316.01 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,316.11 |
| 05/13/11 | {9} | Lou Mitchell's, Inc. | pre-petition account receivable | 1121-000 | 3,245.44 | | 16,561.55 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 16,561.66 |
| 06/24/11 | {9} | Pierre's Bakery Inc | pre-petition account receivable installment 1 | 1121-000 | 2,000.00 | | 18,561.66 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 18,561.78 |
| 07/22/11 | {9} | Pierre's | Pre-petition Account Receivable installment 2 | 1121-000 | 2,000.00 | | 20,561.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.15 | | 20,561.93 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.88 | 20,527.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,527.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.81 | 20,479.40 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.41 | 20,480.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,480.96 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.08 | 20,438.88 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,439.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.60 | 20,398.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,398.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.71 | 20,353.88 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,354.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.82 | 20,312.23 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,312.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.40 | 20,268.00 |
| 02/06/12 | 1002 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 16.40 | 20,251.60 |
| 02/12/12 | {9} | Pierre's, Inc | Pre-petition account receivable installment 3 | 1121-000 | 1,000.00 | | 21,251.60 |

Subtotals :  $21,572.89    $321.29

{} Asset reference(s)

Printed: 02/12/2013 03:50 PM   V.13.11

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-46438 |
| Case Name: | J&L DAIRY, INC. |
| | |
| Taxpayer ID #: | **-***6546 |
| Period Ending: | 02/12/13 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******83-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.54 | 21,211.06 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.46 | 21,167.60 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.92 | 21,125.68 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.62 | 21,078.06 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.75 | 21,036.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.98 | 20,990.33 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.44 | 20,945.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.05 | 20,905.84 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.12 | 20,858.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.74 | 20,815.98 |
| 12/20/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033012988<br>20121220 | 9999-000 | | 20,815.98 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 21,572.89 | 21,572.89 | $0.00 |
| Less: Bank Transfers | | 0.00 | 20,815.98 | |
| Subtotal | | 21,572.89 | 756.91 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $21,572.89 | $756.91 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****502266 | 0.00 | 27.86 | 20,788.12 |
| Checking # 9200-******83-65 | 21,572.89 | 756.91 | 0.00 |
| | $21,572.89 | $784.77 | $20,788.12 |

**EXHIBIT D**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-46438
Case Name: J&L DAIRY, INC.
Trustee Name: Ira Bodenstein

**Balance on hand:**                                  $        20,788.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $        20,788.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,907.29 | 0.00 | 2,907.29 |
| Accountant for Trustee, Fees - Popowcer Katten Ltd. | 2,213.50 | 0.00 | 2,213.50 |

Total to be paid for chapter 7 administration expenses:    $        5,120.79
Remaining balance:    $        15,667.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:    $        15,667.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Revenue Bankruptcy Section | 4.12 | 0.00 | 4.12 |

**UST Form 101-7-TFR (05/1/2011)**

| | | Total to be paid for priority claims: | $ | 4.12 |
| | | Remaining balance: | $ | 15,663.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 289,961.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Colonial Pacific Leasing Corp | 15,911.04 | 0.00 | 859.49 |
| 2 | Speedway Superamerica LLC | 7,398.49 | 0.00 | 399.65 |
| 3 | Best Bargains, Inc. | 1,303.98 | 0.00 | 70.44 |
| 4 | Commonwealth Edison Company | 3,799.91 | 0.00 | 205.26 |
| 5 -2 | Kemps, LLC | 74,521.56 | 0.00 | 4,025.52 |
| 6 | Mussman's Back Acres, Inc. | 4,080.80 | 0.00 | 220.44 |
| 7 | Quality Food Products, Inc. | 1,870.39 | 0.00 | 101.04 |
| 8 | Sassy Cow Creamery, LLC | 181,009.06 | 0.00 | 9,777.79 |
| 10U | Illinois Department of Revenue Bankruptcy Section | 66.25 | 0.00 | 3.58 |

Total to be paid for timely general unsecured claims: $ 15,663.21
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 866,720.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Swiss Valley Farms Cooperative | 866,720.03 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance:                          $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**