UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   J&L DAIRY, INC. | § | Case No. 10-46438 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on March 12, 2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/13/2013            By:    Ira Bodenstein
                                          Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| **J&L Dairy, Inc.,** | Case No. 10-46438 |
| Debtor(s) | Hon. Timothy A. Barnes |

## FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Ira Bodenstein, the Chapter 7 trustee (the "Trustee") for the estate of J&L Dairy, Inc. (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

### BACKGROUND

1. On October 18, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code in this court. On the Petition Date, the Trustee was appointed as the Chapter 7 trustee for the Debtor's estate (the "Estate").

2. The Debtor owned several assets which the Trustee liquidated and certain accounts receivable which the Trustee attempted to collect. As a result of his administration of the Estate, he was required to file federal and state income tax returns for the Estate.

3. On May 29, 2012, the Trustee was authorized to retain PK to perform accounting services for the benefit of the Estate.

4. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

{10035-001 APPL A0336968.DOC}

5. During the period of July 11, 2012 through August 14, 2012 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

    (a)    Prepared federal and state income tax returns for the Estate for the tax year ending December 31, 2011 (final); and

    (b)    Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

### REQUESTED FEES

6. PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $2,213.50 for these services, no amount of which has been previously paid.

7. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
| --- | --- | --- | --- |
| L. West | 6.2 | $230 | $1,426.00 |
| J. Cheri | 4.5 | $175 | $787.50 |
| **TOTALS** | | | $2,213.50 |

Attached to this Application as Exhibit A is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professionals set forth above.

{10035-001 APPL A0336968.DOC}    2

8. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

9. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

10. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

11. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $2,213.50 as compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

{10035-001 APPL A0336968.DOC}                         3

      (c) grants PK such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

POPOWCER KATTEN, LTD.

Dated: February 13, 2013

By: /s/ Ira Bodenstein
    Ira Bodenstein, Attorney for Trustee

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
*Attorneys for Ira Bodenstein, Trustee*

{10035-001 APPL A0336968.DOC}    4

# EXHIBIT A

Invoice No. 25791



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- J & L Dairy, Inc. (10-46438)
- Ira Bodenstein, Trustee
- Shaw Gussis et. al.
- 321 N. Clark Street, Suite 800
- Chicago, IL 60654

**Date:** August 21, 2012      **Account No.:** BOD1003L

For Professional Services Rendered:

For accounting and tax services rendered for the period July 11, 2012 through August 14, 2012 including preparation of federal and state corporate income tax returns for the year ended December 31, 2011 and final year ended July 31, 2012 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|          | Title                 | Hours | Rate    | Amount     |
|----------|-----------------------|-------|---------|------------|
| L. West  | Bankruptcy Specialist | 6.2   | $230.   | $ 1,426.00 |
| J. Chari | Staff                 | 4.5   | 175.    | 787.50     |
|          | Total Due:            | 10.7  |         | $ 2,213.50 |

# J & L DAIRY, INC. (10-46438)
## Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Hours | Name | Rate | Amount |
|---|---|---|---|---|---|
| 7/11/2012 | Tax Return Preparation - Review documents received from trustee - bank statements from 2010. Discuss recap of activity with J. Chari. | 0.5 | L. West | 230.00 | 115.00 |
| 7/11/2012 | Accounting Services - Set up spreadsheet to recap cash receipts and disbursements from bank account activity for 2010. | 4.5 | J. Chari | 175.00 | 787.50 |
| 8/9/2012 | Tax Return Preparation - Review spreadsheet reflecting 2010 activity. Set up tax return in tax software. | 0.8 | L. West | 230.00 | 184.00 |
| 8/10/2012 | Tax Return Preparation - Review trustee activity - record collection of accounts receivables and sale of equipment. Prepare workpapers for 2011 and 2012. | 2.0 | L. West | 230.00 | 460.00 |
| 8/10/2012 | Tax Return Preparation - Prepare federal and state corporate returns for year ended 12/31/11 and final period ended 7/31/12. Prepare transmittal letters, 505(b) letters and form 8821 and IL-2848. | 2.5 | L. West | 230.00 | 575.00 |
| 8/14/2012 | Tax Review - Final review - check assembly and sign returns for 2011 and final year ended 7/31/12 (forms 1120S and IL-1120-ST). | 0.4 | L. West | 230.00 | 92.00 |
| | **Total** | **10.7** | | | **2,213.50** |

1