## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:     J&L DAIRY, INC.                          §        Case No. 10-46438
                                                    §
                                                    §
Debtor(s)                                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on March 12, 2013, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: 02/13/2013            By:    Ira Bodenstein
                                          Trustee


Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861


**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: J&L DAIRY, INC. | § | Case No. 10-46438 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ _____ 21,572.89

*and approved disbursements of*  $ _____ 784.77

*leaving a balance on hand of* [1]  $ _____ 20,788.12

**Balance on hand:**  $ _____ 20,788.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ _____ 0.00
Remaining balance:  $ _____ 20,788.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,907.29 | 0.00 | 2,907.29 |
| Accountant for Trustee, Fees - Popowcer Katten Ltd. | 2,213.50 | 0.00 | 2,213.50 |

Total to be paid for chapter 7 administration expenses:  $ _____ 5,120.79
Remaining balance:  $ _____ 15,667.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ _____ 0.00
Remaining balance:  $ _____ 15,667.33

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $4.12 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Illinois Department of Revenue Bankruptcy Section | 4.12 | 0.00 | 4.12 |

Total to be paid for priority claims:  $       4.12
Remaining balance:  $     15,663.21

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 289,961.48 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Colonial Pacific Leasing Corp | 15,911.04 | 0.00 | 859.49 |
| 2 | Speedway Superamerica LLC | 7,398.49 | 0.00 | 399.65 |
| 3 | Best Bargains, Inc. | 1,303.98 | 0.00 | 70.44 |
| 4 | Commonwealth Edison Company | 3,799.91 | 0.00 | 205.26 |
| 5 -2 | Kemps, LLC | 74,521.56 | 0.00 | 4,025.52 |
| 6 | Mussman's Back Acres, Inc. | 4,080.80 | 0.00 | 220.44 |
| 7 | Quality Food Products, Inc. | 1,870.39 | 0.00 | 101.04 |
| 8 | Sassy Cow Creamery, LLC | 181,009.06 | 0.00 | 9,777.79 |
| 10U | Illinois Department of Revenue Bankruptcy Section | 66.25 | 0.00 | 3.58 |

Total to be paid for timely general unsecured claims:  $     15,663.21
Remaining balance:  $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 866,720.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Swiss Valley Farms Cooperative | 866,720.03 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
                                          Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                      Case No. 10-46438-TAB
J&L Dairy, Inc.                                             Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: cturner        Page 1 of 2        Date Rcvd: Feb 13, 2013
                           Form ID: pdf006       Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2013.
```
db          +J&L Dairy, Inc.,    3740 W 38th Street,   Chicago, IL 60632-3310
16289389    +Best Bargains, Inc.,    6515 -352nd Avenue,    P. O. Box 873,   New Munster, WI 53152-0873
16520211    +Colonial Pacific Leasing Corp,    1010 Thomas Edison Blvd SW,   Cedar Rapida, IA 52404-8247
16289391    +Daimler Truck Financial,    13650 Heritage Parkway,   Fort Worth, TX 76177-5323
16289393     Dex One,    P. O. Box 660835,    Dallas, TX 75266-0835
16289394    +Domestic Linen Supply Co.,    c/o The Chaet Kaplan Baim Firm,
             30 North LaSalle Street, Suite 1520,   Chicago, IL 60602-3387
16289395    +GE Capital,    P.O. Box 536447,   Atlanta, GA 30353-6447
16289396    +Grassland Dairy Products,    c/o DiRenzo & Bombier LLC/Box 788,   Two Neenah Center, Suite 701,
             Neenah, WI 54956-3076
19367366     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
16289397    +Instantwhip-Chicago, Inc,    1859 Momentum Place,   Chicago, IL 60689-5318
16289398    +++Kemps, LLC,    c/o Douglas W. Kassebaum,    Fredrikson & Byron, P. A.,
             200 South Sixth Street, Suite 4000,   Minneapolis, MN 55402-1425
16289399    +Maloney Cunningham & Devic, Inc.,    c/o Leon Zelechowski, Ltd.,    111 W Washington, #1437,
             Chicago, IL 60602-2708
16289400    +Mussman's Back Acres, Inc.,    9998 N 16000 E Road,   Grant Park, IL 60940-5150
16289401    +Quality Food Products, Inc.,    George Kalantzis, Esq.,    1861 Hicks Rd Ste B,
             Rolling Meadows, IL 60008-1239
16289402    +Sassy Cow Creamery, LLC,    c/o Michael Bauer,    123 E Main Street, Suite 300,
             Madison, WI 53703-3360
16545825    +Speedway Superamerica LLC,    C/O Attorney Michael Weis,    PO Box 1166,
             Northbrook, IL 60065-1166
16289403    +Speedway Superamerica, LLC,    c/o Michael Davis Weis,    P.O. Box 1166,
             Northbrook, IL 60065-1166
16289404    +Swiss Valley Farms Cooperative,    247 Research Parkway,    P. O. Box 4493,
             Davenport, IA 52808-4493
16958931    +Swiss Valley Farms Cooperative,    Mr Greg Rexwinkel,    P O BOX 4493,   Davenport, IA 52808-4493
16289405    +Toyota Financial Svcs,    Commercial Finance,    Dept 2431,   Carol Stream, IL 60132-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16520211    +E-mail/Text: capitalbankruptcynotice@ge.com Feb 14 2013 02:52:27
             Colonial Pacific Leasing Corp,    1010 Thomas Edison Blvd SW,   Cedar Rapida, IA 52404-8247
16289390     E-mail/Text: legalcollections@comed.com Feb 14 2013 02:04:15     ComEd,    P. O. Box 6111,
             Carol Stream, IL 60197-6111
16634405    +E-mail/Text: legalcollections@comed.com Feb 14 2013 02:04:15      Commonwealth Edison Company,
             3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
                                                                            TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16289392*   +Daimler Truck Financial,    13650 Heritage Parkway,   Fort Worth, TX 76177-5323
                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: cturner          Page 2 of 2          Date Rcvd: Feb 13, 2013
                             Form ID: pdf006         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2013 at the address(es) listed below:
          David E Grochocinski   on behalf of Debtor   J&L Dairy, Inc. lawyers@innovalaw.com,
           lawyers@innovalaw.com
          Ira  Bodenstein   on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira  Bodenstein   iratrustee@shawfishman.com,  IL29@ecfcbis.com;cowens@shawfishman.com
          John W Guzzardo   on behalf of Trustee Ira  Bodenstein jguzzardo@shawfishman.com,
           mcarter@shawfishman.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Terence G Banich   on behalf of Trustee Ira  Bodenstein tbanich@shawfishman.com,
           kbobb@shawfishman.com
                                                                              TOTAL: 6