# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: J&L DAIRY, INC. § Case No. 10-46438
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $600.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,667.33    Claims Discharged
Without Payment: $1,201,035.07

Total Expenses of Administration: $5,905.56

3) Total gross receipts of $ 21,572.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,572.89 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $56,717.54 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,905.56 | 5,905.56 | 5,905.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4.12 | 4.12 | 4.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,326,635.72 | 1,156,681.51 | 1,156,681.51 | 15,663.21 |
| **TOTAL DISBURSEMENTS** | $1,383,353.26 | $1,162,591.19 | $1,162,591.19 | $21,572.89 |

4) This case was originally filed under Chapter 7 on October 18, 2010. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2013          By: /s/Ira Bodenstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account with Archer Bank, account# 1200 | 1129-000 | 163.00 |
| accounts receivable | 1121-000 | 5,162.94 |
| four International trucks (some damaged engines) | 1129-000 | 7,500.00 |
| 2002 Chevy cargo van (estimated value) | 1129-000 | 500.00 |
| pre-petition account receivable | 1121-000 | 8,245.44 |
| Interest Income | 1270-000 | 1.51 |
| **TOTAL GROSS RECEIPTS** | | **$21,572.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Daimler Truck Financial | 4110-000 | 56,717.54 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Svcs Commercial Finance | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$56,717.54** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,907.29 | 2,907.29 | 2,907.29 |
| Popowcer Katten Ltd. | 3410-000 | N/A | 2,213.50 | 2,213.50 | 2,213.50 |
| International Sureties, LTD | 2300-000 | N/A | 10.00 | 10.00 | 10.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.81 | 47.81 | 47.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.47 | 33.47 | 33.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.08 | 42.08 | 42.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.60 | 40.60 | 40.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.71 | 44.71 | 44.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.82 | 41.82 | 41.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.40 | 44.40 | 44.40 |
| International Sureties,Ltd | 2300-000 | N/A | 16.40 | 16.40 | 16.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.54 | 40.54 | 40.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.46 | 43.46 | 43.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.92 | 41.92 | 41.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.62 | 47.62 | 47.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.75 | 41.75 | 41.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.98 | 45.98 | 45.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.44 | 44.44 | 44.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.05 | 40.05 | 40.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.12 | 47.12 | 47.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.74 | 42.74 | 42.74 |
| Rabobank, N.A. | 2600-000 | N/A | 27.86 | 27.86 | 27.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,905.56 | $5,905.56 | $5,905.56 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 4.12 | 4.12 | 4.12 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $4.12 | $4.12 | $4.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Colonial Pacific Leasing Corp | 7100-000 | N/A | 15,911.04 | 15,911.04 | 859.49 |
| 2 | Speedway Superamerica LLC | 7100-000 | 7,398.49 | 7,398.49 | 7,398.49 | 399.65 |
| 3 | Best Bargains, Inc. | 7100-000 | 4,268.29 | 1,303.98 | 1,303.98 | 70.44 |
| 4 | Commonwealth Edison Company | 7100-000 | 3,164.24 | 3,799.91 | 3,799.91 | 205.26 |
| 5 -2 | Kemps, LLC | 7100-000 | 172,106.05 | 74,521.56 | 74,521.56 | 4,025.52 |
| 6 | Mussman's Back Acres, Inc. | 7100-000 | 4,080.80 | 4,080.80 | 4,080.80 | 220.44 |
| 7 | Quality Food Products, Inc. | 7100-000 | 1,870.39 | 1,870.39 | 1,870.39 | 101.04 |
| 8 | Sassy Cow Creamery, LLC | 7100-000 | 181,009.06 | 181,009.06 | 181,009.06 | 9,777.79 |
| 9 | Swiss Valley Farms Cooperative | 7200-000 | 892,721.63 | 866,720.03 | 866,720.03 | 0.00 |
| 10U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 66.25 | 66.25 | 3.58 |
| NOTFILED | GE Capital | 7100-000 | 1,860.45 | N/A | N/A | 0.00 |
| NOTFILED | Domestic Linen Supply Co. c/o The Chaet Kaplan Baim | 7100-000 | 10,119.31 | N/A | N/A | 0.00 |
| NOTFILED | Grassland Dairy Products | 7100-000 | 14,217.81 | N/A | N/A | 0.00 |
| NOTFILED | Maloney Cunningham & Devic, Inc. c/o Leon Zelechowski, | 7100-000 | 7,045.53 | N/A | N/A | 0.00 |
| NOTFILED | Instantwhip-Chicago, Inc | 7100-000 | 25,148.55 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dex One | 7100-000 | 1,625.12 | N/A | N/A | 0.00 |
| NOTFILED | Daimler Truck Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,326,635.72 | $1,156,681.51 | $1,156,681.51 | $15,663.21 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46438  
**Case Name:** J&L DAIRY, INC.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/18/10 (f)  
**§341(a) Meeting Date:** 12/03/10

**Period Ending:** 06/19/13

**Claims Bar Date:** 03/09/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account with Archer Bank, account# 1200<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,432.72 | 3,432.72 | | 163.00 | FA |
| 2 | accounts receivable<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 123,757.71 | 123,757.71 | | 5,162.94 | FA |
| 3 | possible set off and/or counter claim rights ver<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Toyota<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | four International trucks (some damaged engines)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 35,000.00 | 35,000.00 | | 7,500.00 | FA |
| 6 | 2002 Chevy cargo van (estimated value)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 500.00 | FA |
| 7 | desks, filing cabinets<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | copy and fax combo machine, computer, telephones<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 9 | pre-petition account receivable | 0.00 | 0.00 | | 8,245.44 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.51 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$165,790.43** | **$165,790.43** | | **$21,572.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TFR approved and disrtribution checks mailed.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46438  **Trustee:** (330129) Ira Bodenstein
**Case Name:** J&L DAIRY, INC.  **Filed (f) or Converted (c):** 10/18/10 (f)
 **§341(a) Meeting Date:** 12/03/10
**Period Ending:** 06/19/13  **Claims Bar Date:** 03/09/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2012    **Current Projected Date Of Final Report (TFR):** February 13, 2013 (Actual)

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-46438  
**Case Name:** J&L DAIRY, INC.  

**Taxpayer ID #:** **-***6546  
**Period Ending:** 06/19/13  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/10 | {1} | Ira Bodenstein, Trustee for J&L Dairy, Inc. | Closed Bank Account | 1129-000 | 163.00 | | 163.00 |
| 02/16/11 | {6} | James DeFilippis | 2002 Chevy Cargo Van | 1129-000 | 500.00 | | 663.00 |
| 02/16/11 | {5} | RP Transport Services Inc | All used refrigerated truck and trailers and 1 Ford Bronco | 1129-000 | 7,500.00 | | 8,163.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 8,163.01 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.04 | | 8,163.05 |
| 02/28/11 | Int | Bank of New York Mellon | Cancel Interest..credited to wrong account | 1270-000 | -0.04 | | 8,163.01 |
| 03/29/11 | {2} | Battaglia Distributing Corp, Inc. | Acct #531; Payment #1; pre-petition account receivable | 1121-000 | 4,552.86 | | 12,715.87 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.06 | | 12,715.93 |
| 04/11/11 | {2} | Kiddy Kulture Child Care | Acct #497; Payment #1; pre-petition account receivable | 1121-000 | 610.08 | | 13,326.01 |
| 04/21/11 | 1001 | International Sureties, LTD | one-half of bond premium | 2300-000 | | 10.00 | 13,316.01 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,316.11 |
| 05/13/11 | {9} | Lou Mitchell's, Inc. | pre-petition account receivable | 1121-000 | 3,245.44 | | 16,561.55 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 16,561.66 |
| 06/24/11 | {9} | Pierre's Bakery Inc | pre-petition account receivable installment 1 | 1121-000 | 2,000.00 | | 18,561.66 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 18,561.78 |
| 07/22/11 | {9} | Pierre's | Pre-petition Account Receivable installment 2 | 1121-000 | 2,000.00 | | 20,561.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.15 | | 20,561.93 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.88 | 20,527.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,527.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.81 | 20,479.40 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.41 | 20,480.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,480.96 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.08 | 20,438.88 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,439.04 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.60 | 20,398.44 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,398.59 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.71 | 20,353.88 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,354.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.82 | 20,312.23 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,312.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.40 | 20,268.00 |
| 02/06/12 | 1002 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 16.40 | 20,251.60 |

Subtotals :   $20,572.89   $321.29

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-46438  
**Case Name:** J&L DAIRY, INC.  

**Taxpayer ID #:** **-***6546  
**Period Ending:** 06/19/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/12 | {9} | Pierre's, Inc | Pre-petition account receivable installment 3 | 1121-000 | 1,000.00 | | 21,251.60 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.54 | 21,211.06 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.46 | 21,167.60 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.92 | 21,125.68 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.62 | 21,078.06 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.75 | 21,036.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.98 | 20,990.33 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.44 | 20,945.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.05 | 20,905.84 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.12 | 20,858.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.74 | 20,815.98 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 20,815.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,572.89 | 21,572.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,815.98 | |
| | | | **Subtotal** | | 21,572.89 | 756.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,572.89** | **$756.91** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-46438 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | J&L DAIRY, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****502266 - Checking Account |
| Taxpayer ID #: | **-***6546 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/19/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,815.98 | | 20,815.98 |
| 12/26/12 | 11003 | Internal Revenue Service | Late Filing Penalty 2011 return Stopped on 01/07/13 | 2810-000 | | 2,340.00 | 18,475.98 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.86 | 18,448.12 |
| 01/07/13 | 11003 | Internal Revenue Service | Late Filing Penalty 2011 return Stopped: check issued on 12/26/12 | 2810-000 | | -2,340.00 | 20,788.12 |
| 03/14/13 | 11004 | Popowcer Katten Ltd. | Final compensation in J&L Dairy 10-46438 | 3410-000 | | 2,213.50 | 18,574.62 |
| 03/14/13 | 11005 | Ira Bodenstein | Final compensation J&L Dairy 10-46438 | 2100-000 | | 2,907.29 | 15,667.33 |
| 03/14/13 | 11006 | Colonial Pacific Leasing Corp | J&L Dairy 10-46438 | 7100-000 | | 859.49 | 14,807.84 |
| 03/14/13 | 11007 | Speedway Superamerica LLC | Ref # X1277 J&L Dairy 10-46438 | 7100-000 | | 399.65 | 14,408.19 |
| 03/14/13 | 11008 | Best Bargains, Inc. | Ref # JLDAIR J&L Dairy 10-46438 | 7100-000 | | 70.44 | 14,337.75 |
| 03/14/13 | 11009 | Commonwealth Edison Company | Ref # XXXXXX4005 J&L Dairy 10-46438 | 7100-000 | | 205.26 | 14,132.49 |
| 03/14/13 | 11010 | Kemps, LLC | J&L Dairy 10-46438 | 7100-000 | | 4,025.52 | 10,106.97 |
| 03/14/13 | 11011 | Mussman's Back Acres, Inc. | J&L Dairy 10-46438 | 7100-000 | | 220.44 | 9,886.53 |
| 03/14/13 | 11012 | Quality Food Products, Inc. | Ref # XXX4436 J&L Dairy 10-46438 | 7100-000 | | 101.04 | 9,785.49 |
| 03/14/13 | 11013 | Sassy Cow Creamery, LLC | J&L Dairy 10-46438 | 7100-000 | | 9,777.79 | 7.70 |
| 03/14/13 | 11014 | Illinois Department of Revenue Bankruptcy Section | J&L Dairy 10-46438 | 5800-000 | | 4.12 | 3.58 |
| 03/14/13 | 11015 | Illinois Department of Revenue Bankruptcy Section | J&L Dairy 10-46438 | 7100-000 | | 3.58 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 20,815.98 | 20,815.98 | $0.00 |
| | Less: Bank Transfers | | 20,815.98 | 0.00 | |
| | Subtotal | | 0.00 | 20,815.98 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $20,815.98 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******83-65 | 21,572.89 | 756.91 | 0.00 |
| Checking # ****502266 | 0.00 | 20,815.98 | 0.00 |
| | $21,572.89 | $21,572.89 | $0.00 |

{} Asset reference(s)     Printed: 06/19/2013 05:17 PM   V.13.13